UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| JULIANA LUI,<br>Plaintiff,<br>v.<br>UNITED STATE OF AMERICA, et al.,<br>Defendants. | Case No. 25-cv-09200-SK<br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND AMENDED COMPLAINT FILING DEADLINE AND CONTINUING INITIAL CMC**<br>Regarding Docket No. 36 |

Before the Court is Plaintiff's motion to extend her amended complaint filing deadline and continue the initial case management conference ("CMC") scheduled for July 27, 2026. (Dkt. No. 36.) The Court GRANTS Plaintiff's motion. Plaintiff's deadline to file an amended complaint is **August 17, 2026**. If Plaintiff fails to file an amended complaint by this date, the Court will reassign this matter to a district court judge with a recommendation that the action be dismissed. In addition, the Court HEREBY CONTINUES the initial CMC to **September 14, 2026** at 1:30 p.m. via Public Zoom webinar. The parties shall file their joint CMC statement by September 8, 2026.

In her Amended Complaint, Plaintiff shall specify which facts support her claim under 42 U.S.C. § 1983. To state a claim under Section 1983, Plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. *West v. Atkins*, 487 U.S. 42, 48 (1988); *see also Ketchum v. Alameda County*, 811 F.2d 1243, 1245 (9th Cir. 1987). If Plaintiff states sufficient facts to allege her federal claim under Section 1983, Plaintiff shall allege facts to show how any state-law claims are connected to the federal claim to support supplemental jurisdiction.

/ / /

The Court ADVISES Plaintiff that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for pro se litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: July 16, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge